IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO BANCORP, INC., | § | CASE NO. 24-50359-CAG |
| | § | |
| Debtor. | § | CHAPTER 7 |
| JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Pro. No. 24-05019-CAG |
| | § | |
| FIELD MANNING STONE AYCOCK, PC, | § | |
| | § | |
| Defendant. | § | |

**STATEMENT REGARDING CONSENT**

COMES NOW John Patrick Lowe, Chapter 7 Trustee ("Plaintiff"), by and through his counsel and hereby submits his *Statement Regarding Consent* in accordance with the Court's *Order Requiring Statement Regarding Consent* [Dkt. No. 5] and respectfully states as follows:

Plaintiff consents to entry of final orders and final judgments by the United States Bankruptcy Court for the Western District of Texas with respect to his claims in this Adversary Proceeding.

Respectfully submitted,

By: */s/ John Patrick Lowe*
John Patrick Lowe, Chapter 7 Trustee

GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926
bcumings@gdhm.com
By: /s/ *Brian T. Cumings*

Brian T. Cumings
**COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served by the Court's ECF e-filing notification on all parties receiving such notices on June 20, 2024, and as reflected below.

John Patrick Lowe, Chapter 7 Trustee
2402 East Main Street
Uvalde, TX 78801

Field Manning Stone Aycock, PC
2112 Indiana Ave.
Lubbock, TX 79410

By: */s/ Brian T. Cumings*
Brian T. Cumings