IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO BANCORP, INC., | § | Case No. 24-50359-CAG |
| | § | |
| Debtor. | § | CHAPTER 7 |

| | | |
|---|---|---|
| JOHN PATRICK LOWE, CHAPTER 7 | § | |
| TRUSTEE | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary Proc. No. 24-05019-CAG |
| | § | |
| FIELD MANNING STONE AYCOCK P.C., | § | |
| Defendant. | § | |

**CERTIFICATE OF WRITTEN DISCOVERY AND SERVICE**

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant **FIELD MANNING STONE AYCOCK P.C.** (hereinafter "Defendant") file this Certificate of Written Discovery and Service as follows:

1. **Identification of Discovery and Related Material:**

   a. Defendant's Rule 26(a)(1) Initial Disclosures

2. **County or Party to whom sent:**

   The foregoing discovery was served on the counsel of record via email on this 12th day of August, 2024 as set forth below.

   **Via Email:**
   ***bcumings@gdhm.com***
   Mr. Brian T. Cumings
   Graves, Dougherty, Hearon & Moody, P.C.
   401 Congress Avenue, Suite 2700
   Austin, Texas 78701

Respectfully submitted,

*/s/ J. Paul Manning*
J. PAUL MANNING
State Bar No. 24002521
JOHN MOORE
State Bar No. 24122161

**FIELD MANNING STONE AYCOCK P.C.**
A Professional Corporation
2112 Indiana Avenue
Lubbock, Texas, 79410-1499
806/792-0810 (Telephone)
806/792-9148 (Facsimile)
*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument was on August 13, 2024, served on the attorneys of record via the Court's ECF notification system on all counsel who have entered their appearance in the Court's ECF system.

John Patrick Lowe, Chapter 7 Trustee
2402 East Main Street
Uvalde, TX 78801

Brian T. Cumings
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701

*/s/ J. Paul Manning*
J. PAUL MANNING