IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO BANCORP, INC., | § | CASE NO. 24-50359-CAG |
| | § | |
| Debtor. | § | CHAPTER 7 |
| JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Pro. No. 24-05019-CAG |
| | § | |
| FIELD MANNING STONE AYCOCK, PC, | § | |
| | § | |
| Defendant. | § | |

**STIPULATED AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff John Patrick Lowe, the duly appointed Chapter 7 Trustee (the "Trustee") for Animo Bancorp, Inc. (the "Debtor"), and Field Manning Stone Aycock, PC (the "Defendant"), have settled the above-captioned matter [*see* Main Case, Order at Dkt. No. 21];

**IT IS HEREBY STIPULATED** by and between Trustee, through his attorneys, and Defendant, through its attorneys, that all claims asserted by Plaintiff in his Complaint shall be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.** October 29, 2024.

Respectfully submitted,

By: */s/ John Patrick Lowe*
John Patrick Lowe, Chapter 7 Trustee

GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2700
Austin, TX 78701
Telephone: 512.480.5626
Facsimile: 512.536.9926

bcumings@gdhm.com
By:*/s/ Brian T. Cumings*
Brian T. Cumings
**COUNSEL FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE**

*/s/ J. Paul Manning*
J. Paul Manning
State Bar No. 24002521
FIELD MANNING STONE AYCOCK, PC
A Professional Corporation
2112 Indiana Avenue
Lubbock, TX 79410-1444
806/792-0810 (Telephone)
806/792-9148 (Facsimile)
Email: jpmanning@lubbocklawfirm.com
**COUNSEL FOR FIELD MANNING STONE AYCOCK, PC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served by the Court's ECF e-filing notification on all parties receiving such notices on October 29, 2024, and as reflected below.

Office of the United States Trustee
615 E. Houston St., Suite 533
San Antonio, TX 78295-1601

Animo Bancorp, Inc.
10777 Strait Lane
Dallas, TX 75229
*Debtor*

Field Manning Stone Aycock, PC
2112 Indiana Ave.
Lubbock, TX 79410

John Patrick Lowe, Chapter 7 Trustee
2402 East Main Street
Uvalde, TX 78801

Douglas J. Powell
Law Offices of Douglas J. Powell
1PO Box 340686
Lakeway, TX 78734
*Debtors' Counsel*

By:*/s/ Brian T. Cumings*
Brian T. Cumings

IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO BANCORP, INC., | § | CASE NO. 24-50359-CAG |
| | § | |
| Debtor. | § | CHAPTER 7 |

| | | |
|---|---|---|
| JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Adv. Pro. No. 24-05019-CAG |
| | § | |
| FIELD MANNING STONE AYCOCK, PC, | § | |
| | § | |
| Defendant. | § | |

**STIPULATED ORDER DISMISSING CASE**

CAME ON TO BE CONSIDERED the *Stipulated and Proposed Order for Dismissal* [Dkt. No. ___] filed in the above styled and captioned adversary proceeding. Good cause appearing therefore,

**IT IS, THEREFORE, ORDERED**, that all claims of Plaintiff against Defendant in this action are dismissed with prejudice.

**IT IS, FURTHERMORE, ORDERED**, that Plaintiff and Defendant shall each bear their own costs, expenses, and attorney's fees.

**IT IS, FURTHERMORE, ORDERED**, that this Order disposes of all claims in this action.

*Order prepared by Counsel for Plaintiff*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, PC
401 Congress Ave., Suite 2700
Austin, TX 78701
512.480.5626
Email: bcumings@gdhm.com

*Agreed as to form and substance by Counsel for Defendant*

*/s/ J. Paul Manning*
J. Paul Manning
State Bar No. 24002521
FIELD MANNING STONE AYCOCK, PC
A Professional Corporation
2112 Indiana Avenue
Lubbock, TX 79410-1444
806/792-0810 (Telephone)
806/792-9148 (Facsimile)
Email: jpmanning@lubbocklawfirm.com
**COUNSEL FOR FIELD MANNING STONE AYCOCK, PC**