**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 04, 2024.**

**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO BANCORP, INC., | § | CASE NO. 24-50359-CAG |
| | § | |
| Debtor. | § | CHAPTER 7 |
| JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Pro. No. 24-05019-CAG |
| | § | |
| FIELD MANNING STONE AYCOCK, PC, | § | |
| | § | |
| Defendant. | § | |

**<u>ORDER DISMISSING CASE</u>**

CAME ON TO BE CONSIDERED the *Stipulated and Proposed Order for Dismissal* [Dkt. No. 13] filed in the above styled and captioned adversary proceeding. Good cause appearing therefore,



3622162.v1

**IT IS, THEREFORE, ORDERED**, that all claims of Plaintiff against Defendant in this action are dismissed with prejudice.

**IT IS, FURTHERMORE, ORDERED**, that Plaintiff and Defendant shall each bear their own costs, expenses, and attorney's fees.

**IT IS, FURTHERMORE, ORDERED**, that this Order disposes of all claims in this action.

# # #

*Order prepared by Counsel for Plaintiff*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, PC
401 Congress Ave., Suite 2700
Austin, TX 78701
512.480.5626
Email: bcumings@gdhm.com

*Agreed as to form and substance by Counsel for Defendant*

*/s/ J. Paul Manning*
J. Paul Manning
State Bar No. 24002521
FIELD MANNING STONE AYCOCK, PC
A Professional Corporation
2112 Indiana Avenue
Lubbock, TX 79410-1444
806/792-0810 (Telephone)
806/792-9148 (Facsimile)
Email: jpmanning@lubbocklawfirm.com
**COUNSEL FOR FIELD MANNING STONE AYCOCK, PC**