**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 04, 2024.**

Craig A. Gargotta

**CRAIG A. GARGOTTA**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANIMO BANCORP, INC., | § | CASE NO. 24-50359-CAG |
| | § | |
| Debtor. | § | CHAPTER 7 |
| JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Pro. No. 24-05019-CAG |
| | § | |
| FIELD MANNING STONE AYCOCK, PC, | § | |
| | § | |
| Defendant. | § | |

**ORDER DISMISSING CASE**

CAME ON TO BE CONSIDERED the *Stipulated and Proposed Order for Dismissal* [Dkt. No. 13] filed in the above styled and captioned adversary proceeding. Good cause appearing therefore,

**IT IS, THEREFORE, ORDERED**, that all claims of Plaintiff against Defendant in this action are dismissed with prejudice.

**IT IS, FURTHERMORE, ORDERED**, that Plaintiff and Defendant shall each bear their own costs, expenses, and attorney's fees.

**IT IS, FURTHERMORE, ORDERED**, that this Order disposes of all claims in this action.

# # #

*Order prepared by Counsel for Plaintiff*

Brian T. Cumings
SBN 24082882
Graves Dougherty Hearon & Moody, PC
401 Congress Ave., Suite 2700
Austin, TX 78701
512.480.5626
Email: bcumings@gdhm.com

*Agreed as to form and substance by Counsel for Defendant*

*/s/ J. Paul Manning*
J. Paul Manning
State Bar No. 24002521
FIELD MANNING STONE AYCOCK, PC
A Professional Corporation
2112 Indiana Avenue
Lubbock, TX 79410-1444
806/792-0810 (Telephone)
806/792-9148 (Facsimile)
Email: jpmanning@lubbocklawfirm.com
**COUNSEL FOR FIELD MANNING STONE AYCOCK, PC**

United States Bankruptcy Court

Western District of Texas

John Patrick Lowe, Chapter 7 Trustee,
Plaintiff

Adv. Proc. No. 24-05019-cag

Field Manning Stone Aycock, PC,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0542-5 | User: admin | Page 1 of 2

Date Rcvd: Nov 04, 2024 | Form ID: pdfintp | Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Field Manning Stone Aycock, PC, c/o Dax D. Voss, registered agent, 2112 Indiana Ave, Lubbock, TX 79410-1444 |
| pla | + | John Patrick Lowe, Chapter 7 Trustee, c/o Brian T. Cumings, Graves Dougherty Hearon & Moody PC, 401 Congress Ave., Suite 2700, Austin, TX 78701-3736 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.cc.ecf@usdoj.gov | Nov 04 2024 22:31:00 | US Trustee, 606 N Carancahua, Corpus Christi, TX 78401-0680 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Nov 04 2024 22:31:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Talbot Cumings | on behalf of Plaintiff John Patrick Lowe Chapter 7 Trustee bcumings@gdhm.com, ctrickey@gdhm.com |

Dax D. Voss
on behalf of Defendant Field Manning Stone Aycock PC dvoss@lubbocklawfirm.com, clusk@lubbocklawfirm.com

TOTAL: 2